No. 1060.   CHICAGO AUTOMOBILE TRADE ASSN. ET AL. *v.* MADDEN, REGIONAL DIRECTOR, THIRTEENTH REGION, NATIONAL LABOR RELATIONS BOARD, ET AL.   C. A. 7th Cir.   Certiorari denied.   *Frederick W. Turner, Jr.* and *Karl W. Grabemann* for petitioners.   *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Glen M. Bendixsen* for respondents.   ▮

No. 1064.   REES ET AL. *v.* LOCAL UNION No. 9, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL.   C. A. 7th Cir.   Certiorari denied.   Petitioners *pro se.   Bernard M. Mamet* for respondents.

No. 1074.   BROWN ET AL. *v.* BROWN, ADMINISTRATOR, EMPLOYMENT SECURITY DIVISION, DEPARTMENT OF LABOR OF LOUISIANA, ET AL.   Supreme Court of Louisiana.   Certiorari denied.   *A. P. Tureaud* for petitioners.   *Jack P. F. Gremillion,* Attorney General of Louisiana, for Brown, and *Bascom D. Talley, Jr.* and *Richard F. Knight* for Crown Zellerbach Corp., respondents.   ▮

No. 1088.   DESISTO *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Frank Serri* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.   ▮

No. 1113.   SMITH ET AL. *v.* VIRGIN ISLANDS ET AL.   C. A. 3d Cir.   Certiorari denied.   *Warren H. Young* and *John D. Marsh* for petitioners.   *Francisco Corneiro,* Attorney General of the Virgin Islands, and *James E. Nickerson* for respondents.   ▮